AO 442 (Rev. 5/93) Warrant for Arrest

SCANNED
DATE: 07/19/04
BY: Six

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

JONATHAN MATOS
342 Hathaway Boulevard, New Bedford, MA

**WARRANT FOR ARREST**

CASE NUMBER: 04-1800-CBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   JONATHAN MATOS
                                      Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
possession and carrying of a firearm during a drug trafficking crime and possession with intent to distribute cocaine

in violation of
Title   18 and 21   United States Code, Section(s)  924(c)(1)(A); 841(a)(1)

CHARLES B. SWARTWOOD                    UNITED STATES MAGISTRATE JUDGE
Name of Issuing Officer                 Title of Issuing Officer

[signature]                             6-23-04 @ Boston, MA.
Signature of Issuing Officer            Date and Location

Bail fixed at $ _____ by _____
                                   Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

WARRANT EXECUTED BY ATF

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | DEFENDANT ON 06/25/2004 | |

This form was electronically produced by Elite Federal Forms, Inc.