UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 04-CR-10237-NG |
| | ) |
| JONATHAN MATOS AND | ) Violations: |
| RAMON DIAZ | ) |
| | ) 21 U.S.C. §846 – Conspiracy to |
| | ) to Possess Cocaine with |
| | ) Intent to Distribute |
| | ) 21 U.S.C. §841(a)(1) – |
| | ) Possession of Cocaine |
| | ) with Intent to Distribute |
| | ) 18 U.S.C. §924(c)(1)(A) – |
| | ) Possession of a Firearm |
| | ) in Furtherance of a Drug |
| | ) Trafficking Crime |
| | ) 18 U.S.C. §922(g)(1) – |
| | ) Possession of a Firearm |
| | ) and Ammunition by a |
| | ) Convicted Felon |
| | ) 21 U.S.C. §853 - Forfeiture |

## INDICTMENT

COUNT ONE:     21 U.S.C. §846 - Conspiracy to Possess Cocaine
with Intent to Distribute

The Grand Jury charges that:

From on or about December 4, 2003, and continuing until on

or about February 26, 2004, at New Bedford and elsewhere in the

District of Massachusetts, and in Rhode Island,

JONATHAN MATOS AND RAMON DIAZ,

defendants herein, did knowingly and intentionally combine,

conspire, confederate and agree, with each other to possess with

intent to distribute and to distribute a quantity of cocaine, a

Schedule II controlled substance, in violation of Title 21,

United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section

846.

COUNT TWO:        21 U.S.C. §841(a)(1) - Possession of Cocaine
                  With Intent to Distribute

The Grand Jury further charges that:

On or about February 26, 2004, in New Bedford, in the District of Massachusetts,

### JONATHAN MATOS AND RAMON DIAZ,

defendants herein, did knowingly and intentionally possess with intent to distribute cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

-3-

**COUNT THREE:**    **18 U.S.C. 924(c)(1)(A)- Possession of a Firearm in Furtherance of a Drug Trafficking Crime**

The Grand Jury further charges that:

On or about February 26, 2004, in New Bedford, in the District of Massachusetts,

**JONATHAN MATOS AND RAMON DIAZ,**

defendants herein, did possess a firearm, to wit: a Rossi .357 caliber revolver, Model M971, bearing serial number F099216, and six rounds of .357 caliber ammunition, in furtherance of drug trafficking crimes, to wit: conspiracy to distribute and to possess with the intent to distribute a quantity of cocaine as charged in Count One of this indictment, and possession with the intent to distribute a controlled substance, as charged in Count Two of this indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

-4-

**COUNT FOUR:**     **18 U.S.C. §922(g)(1) – Possession of a Firearm by a Convicted Felon.**

The Grand Jury further charges that:

On or about February 26, 2004, in New Bedford, in the District of Massachusetts,

**RAMON DIAZ,**

defendant herein, did knowingly possess, in and affecting commerce, after having been convicted of a crime punishable by a term of imprisonment in excess of one year, a firearm and ammunition, to wit: a Rossi .357 caliber revolver, Model M971, bearing serial number F099216, and six rounds of .357 caliber ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

## CRIMINAL FORFEITURE ALLEGATION

### (21 U.S.C. § 853)

The Grand Jury further charges that:

1.   As a result of the offenses alleged in Counts One through Three,

### JONATHAN MATOS AND RAMON DIAZ,

defendants herein, shall forfeit to the United States for its use and benefit any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the offenses, and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses.

2.   If any of the forfeitable property described in paragraph 1 above, as a result of any act or omission of the defendants –

   (a)   cannot be located upon the exercise of due diligence;

   (b)   has been transferred or sold to, or deposited with, a third party;

   (c)   has been placed beyond the jurisdiction of the Court;

   (d)   has been substantially diminished in value; or

   (e)   has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described

-6-

in paragraph 1 of this paragraph.

All in violation of Title 21, United States Code, Section 853.

## NOTICE OF ADDITIONAL FACTORS

The Grand Jury further finds that:

1.    Defendant Ramon Diaz was a career offender, as described in U.S.S.G. § 4B1.1, at the time that the offenses were committed.

A TRUE BILL

_FOREPERSON OF GRAND JURY_

William H. Connolly
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS, Boston, August 11, 2004.

Returned into the District Court by the Grand Jurors and filed.

Deputy Clerk

-9-

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense:                    Category No.  II____    **Investigating Agency**  ATF____

City  New Bedford____          **Related Case Information:**

County  Bristol____          Superseding Ind./ Inf. _____    _04-CR-10237-NG_
                             Same Defendant   X            Case No.
                             Magistrate Judge Case Number    New Defendant _____
                             Search Warrant Case Number   _04-1800-CBS_
                             R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Jonathan Matos____          Juvenile    ☐ Yes    ☒ No

Alias Name  ____

Address   342 Hathaway Boulevard, New Bedford____

Birth date:  ** ** 83   SS#: *** ** 4309   Sex:  M    Race:  Hispanic____   Nationality:  U.S.A.____

**Defense Counsel if known:**   **John Devito**          Address:  20 Eastbrook Road
                                                         Dedham, MA 02026
**Bar Number:** ____

**U.S. Attorney Information:**

AUSA   **William H. Connolly**____          **Bar Number if applicable**   634501____

Interpreter:   ☐ Yes   ☒ No          List language and/or dialect: ____

Matter to be SEALED:   ☐ Yes   ☒ No

          ☐ **Warrant Requested**       ☐ **Regular Process**       ☒ **In Custody**

**Location Status:**

**Arrest Date:** ____

☒ Already in Federal Custody as   pre-trial detainee____   in   Plymouth____ .
☐ Already in State Custody ____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by ____   on ____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty ____   ☐ Misdemeanor ____   ☒ Felony   3

**Continue on Page 2 for Entry of U.S.C. Citations**

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  8/11/04          Signature of AUSA: ____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy) _____

**Name of Defendant**   <u>Jonathan Matos</u>

**U.S.C. Citations**

| | <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|---|
| Set 1 | <u>21 U.S.C. 846</u> | <u>Conspiracy to Possess Cocaine w/ Int. to Dist</u> | <u>1</u> |
| Set 2 | <u>21 U.S.C. 841(a)(1)</u> | <u>Possession With Intent to Distribute Cocaine</u> | <u>2</u> |
| Set 3 | <u>18 U.S.C. 924(c)(1)(A)</u> | <u>Possess. F/A in Furtherance of Drug</u> | 3 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

**District Court Case Number** (To be filled in by deputy

**Name of Defendant**    Jonathan Matos

Matos JS 45.wpd - 3/13/02

JS 45 (5/97) - (Revised USAO MA 3/25/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**                 Category No. __II__          Investigating Agency __ATF__

City   __New Bedford__          **Related Case Information:**   04-CR - 10237-NG

County   __Bristol__            Superseding Ind./ Inf. _____   Case No. _____
                                Same Defendant __X__          New Defendant _____
                                Magistrate Judge Case Number   __04-1801-CBS__
                                Search Warrant Case Number   _____
                                R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name   __Ramon Diaz__                    Juvenile   ☐ Yes   ☒ No

Alias Name   _____

Address   __38 Ashley Street, New Bedford__

Birth date: __** ** 57__   SS#: __*** ** 8858__   Sex: __M__   Race: __W__   Nationality: __U.S.A.__

**Defense Counsel if known:**   __Richard Ivker__          Address: _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA   __William H. Connolly__          Bar Number if applicable   __634501__

Interpreter:   ☐ Yes   ☒ No          List language and/or dialect: _____

Matter to be SEALED:   ☐ Yes   ☒ No

☐ Warrant Requested          ☐ Regular Process          ☒ In Custody

**Location Status:**

**Arrest Date:** _____

☒ Already in Federal Custody as   __pre-trial detainee__   in   __Plymouth__
☐ Already in State Custody   _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____   on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony   __4__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __8/11/04__          Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy _____

**Name of Defendant**    Ramon Diaz

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1    21 U.S.C. 846 | Conspiracy to Possess w/ Intent to Dist. Cocaine | 1 |
| Set 2    21 U.S.C. 841(a)(1) | Possession with Intent to Distribute Cocaine | 2 |
| Set 3    18 U.S.C. 924(c)(1)(A) | Poss. of Firearm in Furtherance of Drug Traff. | 3 |
| Set 4    18 U.S.C. 922(g)(1) | Felon in Possession | 4 |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

**District Court Case Number** (To be filled in by deputy

**Name of Defendant**     Ramon Diaz

Diaz JS 45.wpd - 3/13/02