*UNITED STATES DISTRICT COURT*
*DISTRICT OF MASSACHUSETTS*

UNITED STATES OF AMERICA

        Plaintiff,        CIVIL ACTION
v.                              NO. 04-10237-NG

JONATHAN MATOS
RAMON DIAZ

        Defendants,

_____
TAKE NOTICE That a proceeding in this case has been scheduled for the place, date, and time set forth below:

U.S. District Court        **COURTROOM #1, 5th FLOOR**
595 Main Street          Date and Time:
Worcester, MA 01608     **September 9, 2004, 2:15 pm**
_____
Type of Proceeding:

**ARRAIGNMENT**


_____
                                        CHARLES B. SWARTWOOD, III
                                        MAGISTRATE JUDGE


  August 26, 2004         /s/ Lisa B. Roland
Date                           Lisa B. Roland,
                                 Deputy Clerk
                                 (508) 929-9905


cc: All counsel