# United States District Court
# District of Massachusetts

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Action |
| | ) | No. 04-1800-CBS |
| v. | ) | |
| | ) | |
| JONATHAN MATOS, | ) | |
| DEFENDANT, | ) | |

## Motion to Continue

1. The defendant, Jonathan Matos, moves to continue the arraignment in the above matter from September 9, 2004 at 2:15 p.m. to September 15, 2004 at 3:30 in Worcester.

2. The defendant requests said continuance as his counsel is currently scheduled for trial in Middlesex Superior Court on September 9, 2004.

Wherefore, the defendant requests that this matter be allowed.

Assented to:

_____
William Connolly, Esquire

_____
Richard Ivker, Esquire

Dated:       September 1, 2004

Respectfully submitted,
Jonathan Matos
By his Attorney,

_____
John E. DeVito, Esquire
20 Eastbrook Road Suite 304
Dedham, MA  02026
(781) 326-1818
BBO # 122420

## Certificate of Service

I, John E. DeVito hereby certify that I mailed a copy of the enclosed Motion to Continue to: U.S. District Attorney, William Connolly, One Courthouse Way, Boston, MA 02210 and Richard Ivker, Esquire, 783 State Street, Suite 2, Boston, MA 02109.

Dated:        September 1, 2004

_____
John E. DeVito, Esquire