UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No. 04-10237-NG |
| JONATHAN MATOS AND RAMON DIAZ | ) ) ) | |

## JOINT MEMORANDUM FOR INITIAL STATUS CONFERENCE AND MOTION TO EXCLUDE TIME

The parties state that counsel for Ramon Diaz was recently appointed to replace prior counsel. As a result, the parties have not had an adequate opportunity to discuss the issues and the course of the case. Accordingly, the parties request a further Initial Status Conference. The parties also request that the time commencing on November 8, 2004, and concluding on the date set for Further Initial Status Conference be excluded, for the above-stated reasons, pursuant to 18 U.S.C. §3161(h)(8)(A).

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| MICHAEL J. SULLIVAN<br>United States Attorney,<br>By: | JONATHAN MATOS<br>By His Attorney, |
| /s/ William H. Connolly<br>WILLIAM H. CONNOLLY<br>Respectfully submitted, | /S/ John Devito (WHC)<br>JOHN DEVITO |

RAMON DIAZ
By His Attorney

/s/ Ray O'Hara (WHC)

DATE:    NOVEMBER 8, 2004

-1-