UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                              )
UNITED STATES OF AMERICA,     )
                              )
                              )
          v.                  )   CRIMINAL ACTION
                              )   NO. 04-10237-NG
JONATHAN MATOS and            )
RAMON DIAZ,                   )
          Defendants,         )
_____)
```

**STATUS REPORT**
**December 8, 2004**

**SWARTWOOD, M.J.**

The following is a Status Report to Gertner, J. to whom this case is assigned:

1.  Discovery

Completed.

2.  Substantive Motions

Counsel for Mr. Diaz intends to file a substantive motion to suppress and that motion shall be filed by February 10, 2004.  The Government shall file its opposition to that motion by February 24, 2005.

3.  Further Status Conference

A further status conference shall be held in this case on February 28, 2005, at 2:00 p.m., in Courtroom 1, Fifth Floor,

Donohue Federal Building, 595 Main Street, Worcester, Massachusetts.

4.  <u>Excludable Time</u>

I am excluding from the Speedy Trial Act, the period from December 8, 2004 (date of expiration of prior order of excludable time) through February 24, 2005 (date by which the Government is to file its opposition to Defendants' substantive motions). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Monday, May 9, 2005</u>.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE