UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | **CRIMINAL ACTION** |
| JONATHAN MATOS and RAMON DIAZ, | ) ) ) | **NO. 04-10237-NG** |
| Defendants, | ) ) | |

ORDER OF EXCLUDABLE TIME
December 8, 2004

**SWARTWOOD, M.J.**

    It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from December 8, 2004 (date of expiration of prior order of excludable time) through February 24, 2005 (date by which the Government is to file its opposition to Defendants' substantive motions) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE