# United States District Court
# District of Massachusetts

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Action |
| ) | No. 04-10237 |
| v. ) | |
| ) | |
| JONATHAN MATOS, ) | |
| DEFENDANT, ) | |

## Motion to Suppress

The defendant moves, pursuant to Federal Rules of Criminal Procedure, Rules 12 and 47 to suppress from the use in evidence any and all evidence of every name, nature and description, whether tangible or intangible, seized from the person of the defendant or from the vehicle in which he was a passenger or from an area in which the defendant enjoyed an expectation of privacy.

As reasons therefore, said evidence was not seized pursuant to a lawful arrest, it was not in plain view, there was no reasonable suspicion for a stop, there was no probable cause for a stop or arrest, no warrant, no exigent circumstances, not pursuant to a lawful stop and frisk, not consented to, and in violation of the Fourth and Fourteenth Amendments of the United States Constitution

The defendant further moves to suppress from the use in evidence any statements he made subsequent to the illegal seizure of the evidence from him or the vehicle in which he was a passenger. As reasons therefore, such statements were the so-called "fruits of the poisonous tree". *Wong Sun v. US*, 371 US 471, 83 S.Ct. 407, 9 L.Ed.2cd 441 (1963).

Respectfully submitted,
Jonathan Matos
By his Attorney,

John E. DeVito, Esquire
20 Eastbrook Road Suite 304
Dedham, MA 02026
(781) 326-1818
BBO # 122420

Dated:     February 8, 2005