# United States District Court
# District of Massachusetts

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Action |
| ) | No. 04-10237 |
| v. ) | |
| ) | |
| JONATHAN MATOS, ) | |
| DEFENDANT, ) | |

# Affidavit of Jonathan Matos

Under oath I depose and state that:

1. My name is Jonathan Matos.
2. I reside in New Bedford, Massachusetts
3. I am a twenty-one (21) year old male with no criminal convictions.
4. I am the operator of Blin Professional Auto Detailing*, 1108 County Street, New Bedford, MA, an auto detailing service, soon to be Matos Auto Sales*. I buy and sell cars through this business; I detail many autos from dealerships in the area.
5. On February 26, 2004 I was a passenger in a Mazda Millennium auto operated by Ramon Diaz.
6. We were driving back from Cranston, Rhode Island when the police stopped the motor vehicle.
7. Neither, myself nor the co-defendant consented to any search of our person or the motor vehicle.

Signed under the penalties of perjury this 8th day of February, 2005.

*signature: Jonathan Matos*
Jonathan Matos

* See attached.



BUSINESS CERTIFICATE
# CITY OF NEW BEDFORD

5/21 2004

In conformity with the provisions of Chapter one hundred and ten, Section five of the General Laws, as amended, the undersigned hereby declare(s) that a business under the title of _BLiN Professional Auto Detailing_ is conducted at _1108 County St._ Zip: _02746_ New Bedford by the following named person(s)

| Full Name | Tel. | Residence (Home Address) | Zip: |
|---|---|---|---|
| Jonathan Matos | 5089942967 | 342 Hathaway Blvd. N-B. MA | 02740 |

Signed _Jonathan Matos_
(SIGNATURE)

## CITY OF NEW BEDFORD  5/21, 2004

BRISTOL COUNTY ss.

Personally appeared before me the above-named _Jonathan Matos_

and made oath that the foregoing statement is true.

_____  _Marie Brilhante_
my commission expires          Notary Public
                               Designated Clerk

A certificate issued in accordance with this section shall be in force and effect for four years from the date of issue and shall be renewed each four years thereafter so long as such business shall be conducted and shall lapse and be void unless so renewed.

Any change of location, residence or owner must be filed in the office of the City Clerk. A business operating in violation of this State Law "shall be punished by a fine of not more than $300. for each month during which such violation occurs.

**THIS CERTIFICATE DOES NOT GRANT PERMISSION TO CONDUCT BUSINESS IN VIOLATION OF ZONING LAW**

Expires: May 21, 2008

BUSINESS CERTIFICATE

NAME: Blin Professional Auto Detailing

Received and recorded in the New Bedford
City Clerk's Office on  May 21, 2004
                        date and
1:28 PM
time

Attest: _Rita D. Arruda_____
                City Clerk

Date Issued  MAY 21 2004
A TRUE COPY ATTEST
_Rita D. Arruda_
CITY CLERK · NEW BEDFORD, MA

CITY CLERKS OFFICE
NEW BEDFORD, MA

2004 MAY 21 P 1: 28

CITY CLERK

( This side for Office use only )

 

NO. 7

# CITY OF NEW BEDFORD, MASSACHUSETTS

# USED CAR DEALER'S LICENSE CLASS II.

## TO BUY AND SELL SECOND-HAND MOTOR VEHICLES

In accordance with the provisions of Chapter 140 of the General Laws with amendments thereto

**2005**

MATOS AUTO SALES
JESUS MENDOZA D/B/A
JESUS MENDOZA, LICENSEE

is hereby licensed to buy and sell second-hand motor vehicles' at

20 GRANDFIELD STREET   premises described as follows:
BRICK BUILDING WITH THREE (3) CAR GARAGE, OFFICE, AND RESTROOMS. PAVED LOT WITH DEMENSIONS OF 72' X 102'. PROPERTY LOCATED AT THE CORNER OF COGGESHALL AND BELLVILLE AVENUE AND NUMBERED 20 GRAND FIELD STREET; APPROVED FOR FIVE (5) CARS FOR DISPLAY; LIC.BD. MEETING 01/31/05; REPAIRS TO BE DONE ON PREMISES.

### EXTRACT FROM GENERAL LAWS, CHAPTER 140

SECTION 57. No person, except one whose principal business is the manufacture and sale of new motor vehicles but who incidentally acquires and sells second hand vehicles, or a person whose principal business is financing the purchase of or insuring motor

SECTION 58. Licenses granted under the following section shall be classified as follows:

Class 1. Any person who is a recognized agent of a motor vehicle manufacturer or a seller of motor vehicles made by such manufacturer whose authority to sell the same is created by a written contract with such manufacturer or with some person authorized in writing by such manufacturer to enter into such contract, and whose principal business is the sale of new motor vehicles, the purchase and sale of second hand motor vehicles being incidental or secondary thereto, may be granted an agent's or a seller's license; provided, that with respect to second hand motor vehicles purchased for the purpose of sale or exchange and not taken in trade for new motor vehicles, such dealer shall be subject to all provisions of this chapter and of rules and regulations made in accordance therewith applicable to holders of licenses of class 2.

Class 2. Any person whose principal business is the buying and selling of second hand motor vehicles may be granted a used ear dealer's license.

Class 3. Any person whose principal business is the buying of second hand motor vehicles for the purpose of remodeling, taking apart or rebuilding the same, or the buying or selling of parts of second hand motor vehicles or tires, or the assembling of second hand motor vehicle parts may be granted a motor vehicle junk license.

SECTION 59. The police commissioner in Boston and the licensing authorities in other cities and towns may grant licenses under this section which shall expire on January first following the date of issue unless sooner revoked. The fees for the licenses shall be fixed by the licensing board or officer, but in no case shall exceed TWO-HUNDRED dollars. Application for license shall be made in such form as shall be approved by the registrar of motor vehicles, in sections fifty-nine to sixty-six, inclusive, called the registrar, and if the applicant has not held a license in the year prior to such application, such application shall be made in duplicate, which duplicate shall be filed with the registrar.

No such license shall be granted unless the licensing board or officer is satisfied from an investigation of the facts stated in the application and any other information which they may require of the applicant, that he is a proper person to engage in the business specified in section fifty-eight in the classifications for which he has applied, that said business is or will be his principal business; and that he has available a place of business suitable for the purpose. The license shall specify all the premises to be occupied by the licensee for the purpose of carrying on the licensed business. Permits for a change of situation of the licensed premises or for additions thereto may be granted at any time by the licensing board or officer in writing, a copy of which shall be attached to the license. Cities and towns by ordinance or by law may regulate the situation of the premises of licenses within class 3 as defined in section fifty-eight; and all licenses and permits issued hereunder to persons within said class 3 shall be subject to the provisions of ordinances and by-laws which are hereby authorized to be made. No license or permit shall be issued hereunder to a person within said class 3 until after a hearing, of which seven days' notice shall have been given to the owners of property abutting on the premises where such license or permit is proposed to be exercised.

All licenses granted under this section shall be revoked by the licensing board or officer if it appears, after hearing, that the licensee is not complying with sections fifty-seven to sixty-nine, inclusive, or the rules and regulations made there under; and no new license shall be granted to. such person thereafter, nor to any person for use on the same premises, without the approval of the registrar. The hearing may be dispensed with if the registrar notifies the licensing board or officer that a licensee is not so complying. Any person aggrieved by any action of the licensing board or officer refusing to grant, or revoking a license for any cause may within ten days after such action, appeal there from to any justice of the superior court in the county in which the premises sought to be occupied under the license or permit applied for are located. The justice shall, after such notice io the parties as he deems reasonable, give a summary hearing on such appeal, and shall have jurisdiction in equity to review all questions of fact or law and may affirm or reverse the decision of the board or officer and may make any appropriate decree. The decision of the justice shall be final.

Signed   NEW BEDFORD LICENSING BOARD

Date JAN 3 1 2005

**THIS LICENSE EXPIRES JAN. 1, 2006**

Fee $ 200.00   (LATE RENEWAL FEE $25.00)

31-595   THIS LICENSE MUST BE POSTED IN A CONSPICUOUS PLACE UPON THE PREMISES.



**CITY OF NEW BEDFORD**

133 William Street
New Bedford, MA 02740

# LICENSING BOARD

Pay This Bill Immediately at City Treasurer's Office
Room 1, Municipal Building

Present Receipted Bill at Licensing Board Office
Room 206-207, Municipal Building
and Obtain License
#0001-165-44200

City of New Bedford, Licensing Board __FEB 3 2005__

Jesus Mendoza d/b/a Matos Auto Sales

20 Grandfield Street

You have been granted license as follows:

Motor Vehicle - Class II. License.

The fee is: $200.00

Make prompt payment at City Treasurer's Office, then present this receipted bill at Licensing Board Office and the license will be delivered to you

_____
Chairman

Make Checks Payable to City of New Bedford



BUSINESS CERTIFICATE

# CITY OF NEW BEDFORD

_Feb 2_, _2005_

In conformity with the provisions of Chapter one hundred and ten, Section five of the General Laws, as amended, the undersigned hereby declare(s) that a business under the title of _Matos Auto Sales_ Zip: _____ New Bedford
is conducted at _20 Grandfield ST_
by the following named person(s)

| Full Name | Tel. | Residence (Home Address) | Zip: |
|---|---|---|---|
| Jesus Mendoza | 508-997-1245 | 177 Shawmut Ave N.B MA | 02740 |

Signed _Jesus Mendoza_
(SIGNATURE)

(SIGNATURE)            (SIGNATURE)

## CITY OF NEW BEDFORD  _Feb 2_, _2005_

BRISTOL COUNTY ss.

Personally appeared before me the above-named _Jesus Mendoza_

and made oath that the foregoing statement is true.

_____            _Stephanie M Macomber_
my commission expires             Notary Public
                                  _Designated Clerk_

A certificate issued in accordance with this section shall be in force and effect for four years from the date of issue and shall be renewed each four years thereafter so long as such business shall be conducted and shall lapse and be void unless so renewed.

Any change of location, residence or owner must be filed in the office of the City Clerk. A business operating in violation of this State Law "shall be punished by a fine of not more than $300. for each month during which such violation occurs.

**THIS CERTIFICATE DOES NOT GRANT PERMISSION TO CONDUCT BUSINESS IN VIOLATION OF ZONING LAWS.**

_Expires: Feb 2, 2009_

BUSINESS CERTIFICATE

NAME: Matos Auto Sales

Received and recorded in the New Bedford City Clerk's Office on February 2, 2005
    date and
8:48 am    Expires: February 2, 2009
time

Attest: _Rita D. Arruda_

City Clerk

Date Issued  FEB -2
A TRUE COPY ATTEST

_Rita D. Arruda_
CITY CLERK · NEW BEDFORD, MA

CITY CLERK'S OFFICE
NEW BEDFORD, MA

2005 FEB -2  A 8:48

CITY CLERK

( This side for Office use only)