# United States District Court
# District of Massachusetts

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Action |
| | ) | No. 04-10237 |
| V. | ) | |
| | ) | |
| JONATHAN MATOS, | ) | |
| DEFENDANT, | ) | |

## Affidavit of John E. DeVito

I John E. DeVito on oath depose and say:

1. I am the attorney of record for Jonathan Matos
2. I have reviewed all police reports and records relative to the above matter.
3. The defense position upon review of the records is that:
   a. There was no reasonable suspicion to stop the vehicle.
   b. There was no probable cause to stop the vehicle.
   c. There was no cause to inquire.
   d. There was no cause to arrest.
   e. There was no warrant.

Signed under the penalties of perjury this 8th day of February, 2005.

_____
John E. DeVito, Esquire

# Certificate of Service

I, John E. DeVito hereby certify that I mailed a copy of the enclosed Motion to Suppress and two (2) Affidavits to: U.S. District Attorney, William Connolly, One Courthouse Way, Boston, MA 02210 and Raymond O'Hara, One Exchange Place, Worcester, MA 01608.

Dated:      February 8, 2005

John E. DeVito, Esquire