# United States District Court
# District of Massachusetts

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Action |
| | ) | No. 04-10237 |
| v. | ) | |
| | ) | |
| JONATHAN MATOS, | ) | |
| DEFENDANT, | ) | |

## Motion to Modify Terms of Pretrial Release

1. The defendant moves, Jonathan Matos, moves to modify the terms of his pretrial release.

2. The defendant also requests permission to move from his current location, his parents home at 177 Shawmut Avenue, New Bedford, MA, to 342 Hathaway Boulevard, Apartment 35, New Bedford, MA. His girlfriend and son reside at 342 Hathaway Boulevard. He had previously lived with them at that address prior to his arrest. This location was not the site of his arrest or the site of any drug transactions. This site was previously approved by the pre-trial officer at the initial detention hearing in June, 2004. Four and a half months later, after his appeal from detention was allowed, Hathaway Boulevard was not an available location upon his release. It is now available.

   Wherefore the defendant requests that the terms of his Pre-trial release be modified.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | Jonathan Matos |
| Assented to: | By his Attorney, |
|  |  |
| _____ | _____ |
| William Connolly | John E. DeVito, Esquire |
| Assistant U.S. Attorney | 20 Eastbrook Road Suite 304 |
|  | Dedham, MA  02026 |
|  | (781) 326-1818 |
| Dated: March 14, 2005 | BBO # 122420 |