✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ MASSACHUSETTS

|  | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>JONATHAN MATOS and  RAMON DIAZ | **EXHIBIT AND WITNESS LIST**<br><br>Case Number:  04cr10237 |

| PRESIDING JUDGE<br>GERTNER | PLAINTIFF'S ATTORNEY<br>KIMBERLEY WEST | DEFENDANT'S ATTORNEY<br>DeVITO/O'HARA |
|---|---|---|
| TRIAL DATE (S) | COURT REPORTER<br>VALERIE O'HARA | COURTROOM DEPUTY<br>JENNIFER FILO |

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| X |  |  |  |  | DETECTIVE SHANE RAMOS |
|  | X | 9/15/05 | X | X | Stipulated photo of deft. Building Permit for Bling Auto Detailing (1A) |
|  | X | 9/15/05 | X | X | Stipulated photo of inside of Bling Auto Detailing garage (1B) |
|  | X | 9/15/05 | X | X | Stipulated photo of inside of Bling Auto Detailing garage (1C) |
|  | X | 9/15/05 | X | X | Stipulated photo of outside of Bling Auto Detailing garage (1D) |
|  | X | 9/15/05 | X | X | Photo of driveway on Union Avenue, Cranston RI (2A) |
|  | X | 9/15/05 | X | X | Photo of driveway on Union Avenue, Cranston RI (2B) |
|  | X | 9/15/05 | X | X | Photo of sidewalk on Union Avenue, Cranston RI (2C) |
| X |  | 9/15/05 | X | X | Surveillance Notes (3) |
| X |  | 9/15/05 |  |  | NEW BEDFORD POLICE OFFICER MICHAEL CARIER |
| X |  | 9/15/05 |  |  | DETECTIVE BLOUAN |
|  | X | 9/15/05 |  |  | JESUS MENDOZA |
|  | X | 9/15/05 | X | X | Building Permit for Bling Auto Detailing garage (4) |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.