# United States District Court
# District of Massachusetts

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Action |
| ) | No. 04-10237-NG |
| v. ) | |
| ) | |
| JONATHAN MATOS, ) | |
| Defendant, ) | |

# Affidavit of John E. DeVito

I, John E. DeVito on oath depose and say:

1. I am the attorney of record for Jonathan Matos
2. In January of 2006 I spoke with Attorney Ray O'Hara, who is representing Roman Diaz, a co-defendant with Jonathan Matos.
3. Attorney O'Hara informs me that he intends to cross-examine the police officer relative to the controlled buy of the confidential informant from my client, Matos. Attorney O'Hara would seek to introduce into evidence the cocaine seized from that controlled buy. This approach by the co-defendant is antagonistic to the defense presented by Matos which is that there was no control buy. With the cocaine from the controlled buy offered into evidence, Diaz will claim or infer that Matos was the one who was dealing cocaine.
4. He further informed me that Diaz may testify on his own behalf.
5. He further informed me that his testimony would serve to exculpate himself while inculpating Matos.
6. I contacted the U.S. District Attorney, Kim West on the last court date and informed her of the representation made to me, and told her that I would be filing this motion.

Signed under the penalties of perjury this 23rd day of March, 2006.

        /s/ John E. DeVito
_____John E. DeVito, Esquire