UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **Criminal No. 04-10237-NG** |
| **v.** ) | |
| ) | |
| **JONATHAN MATOS and** ) | |
| **RAMON DIAZ** ) | |
| ) | |
| ) | |

## GOVERNMENT'S MOTION FOR LEAVE TO FILE ITS OPPOSITION TO DEFENDANT MATOS' MOTION TO SEVER ONE DAY LATE

The United States of America, by and through its attorney, the United States Attorney for the District of Massachusetts, respectfully moves this court to grant leave to file its opposition to Defendant Matos' Motion to Sever one day late. As grounds for this motion, the government states that because of the press of other matters it was unavailable to finish its opposition by April 6, 2006. Furthermore, the defendant assents to this motion and suffers no prejudice by its granting.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   /s/ Kimberly P. West
KIMBERLY P. WEST
Assistant U.S. Attorney

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Kimberly P. West
Kimberly P. West
Assistant U.S. Attorney

Dated: April 7, 2006