UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | Criminal No. 04-10237-NG |
| v. ) | |
| ) | |
| **JONATHAN MATOS and** ) | |
| **RAMON DIAZ** ) | |
| ) | |
| ) | |

### GOVERNMENT'S WITNESS LIST

1. Det. Shain Ramos
   New Bedford Police Department
   New Bedford, MA

2. Captain Joseph Cordeiro
   New Bedford Police Department
   New Bedford, MA

3. Det. Sgt. Victor Mendes
   New Bedford Police Department
   New Bedford, MA

4. Det. John Encarnacao
   New Bedford Police Department
   New Bedford, MA

5. Det. Michael Carrier
   New Bedford Police Department
   New Bedford, MA

6. Det. Andrew Simmons
   New Bedford Police Department
   New Bedford, MA

7. Det. Mark Blouin
   New Bedford Police Department
   New Bedford, MA

8.  Det. John Ribeiro
    New Bedford Police Department
    New Bedford, MA

9.  Det. John Pereira
    New Bedford Police Department
    New Bedford, MA

10. Trooper Michael Turgeon
    Massachusetts State Police

11. Sgt. Douglas Weddleton
    Massachusetts State Police

12. Daniel Frasca
    Executive Office of Health and Human Services
    Department of Public Health
    State Laboratory Institute
    Boston, MA

13. Stephanie Shafer
    Bureau of Alcohol, Tobacco and Firearms
    Boston, MA

14. Angel Quinones
    New Bedford, MA

15. Elliot Cordero
    New Bedford, MA

16. Keeper of the Records
    Massachusetts Registry of Motor Vehicles
    Boston, MA

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/ Kimberly P. West
     KIMBERLY P. WEST
     Assistant U.S. Attorney

CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

      /s/ Kimberly P. West
      Kimberly P. West
      Assistant U.S. Attorney

Dated: May 2, 2006