UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>JONATHAN MATOS and )<br>RAMON DIAZ )<br>)<br>) | Criminal No. 04-10237-NG |

**GOVERNMENT'S SUMMARY OF EXPERT TESTIMONY**

Pursuant to Fed. R. Crim. P. 16(a)(1)(G), the government hereby discloses a written summary of the testimony of Sergeant Douglas Weddleton ("Weddleton"). Weddleton will testify that the firearm seized in this matter was operable at the time of his testing on April 1, 2004. The basis for his testimony will be his familiarity with firearms through his more than twenty years experience with the Massachusetts State Police. See Attachment A.

The government also discloses a written summary of the testimony of Daniela Fresca ("Fresca"). Fresca will testify that the substance seized in this matter was cocaine powder and weighed 17.30 grams. The basis for her testimony will be her experience as a chemist at the state laboratory. She will testify to the procedures and steps that she undertook to weigh the substance. See Attachment B.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   /s/ Kimberly P. West
      KIMBERLY P. WEST
      Assistant U.S. Attorney

DATED:   May 2, 2006

CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                      /s/ Kimberly P. West
                                      Kimberly P. West
                                      Assistant U.S. Attorney

Dated: May 2, 2006