# United States District Court
# District of Massachusetts

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Action |
| | ) | No. 04-10237 |
| v. | ) | |
| | ) | |
| JONATHAN MATOS, | ) | |
| Defendant, | ) | |

## Motion in Limine

The defendant, Jonathan Matos, moves in Limine and requests that this Court exclude from evidence any reference to any dealings made by the informant with either defendant and any statements made to the police by the alleged confidential informant whose identity has not been disclosed to the defense.

1. The government established probable cause to arrest the defendant, Jonathan Matos based on the sale of cocaine to an alleged confidential informant from the defendant, Matos. That confidential informant shall not be called as a witness for the government. The government refuses to disclose that witness and as such Matos shall not have the right to confront or cross examine that witness. The defendant, Matos requests that any reference to that controlled buy be excluded from evidence.

2. That same informant allegedly provided information to the police relative to the police investigation of both defendants. The defendant, Matos requests that any statements from that informant be excluded from evidence.

In support hereto the Defendant relies on his right to confront witnesses as guaranteed by the 6th and 14th Amendments of the US Constitution.

Respectfully submitted,
Jonathan Matos
By his Attorney,

 /s/ John E. DeVito
John E. DeVito, Esquire
20 Eastbrook Road Suite 304
Dedham, MA  02026
(781) 326-1818
BBO # 122420

Dated:     April 26, 2006