# United States District Court
# District of Massachusetts

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Action |
| | ) | No. 04-10237 |
| v. | ) | |
| | ) | |
| JONATHAN MATOS, | ) | |
| DEFENDANT, | ) | |

## Motion to Exclude Expert Testimony or in the Alternative Produce Documents

1. The Defendant, Jonathan Matos, requests that this court exclude the testimony of any expert witness or in the alternative order the Government to produce those documents and materials relied upon by its expert in forming his or her opinion that the defendants activities in the case at bar are consistent with trafficing or distribution of drugs.

2. The Defendant learned last week that the Government expects to call an expert to confirm that the defendants activities were consistent with the sale of drugs.

3. How the expert formulated his or her opinion has not been disclosed to the defense. What materials or documents the expert relies upon has not been disclosed to the defense.

4. Without the information represented in paragraph 3 the defendants are not able to properly prepare for this case.

Wherefore the defendants request that the testimony be excluded or in the alternative produce the above referenced documents and materials.

Respectfully submitted,
Jonathan Matos
By his Attorney,

 /s/ John E. DeVito
John E. DeVito, Esquire
20 Eastbrook Road Suite 304
Dedham, MA  02026
(781) 326-1818
BBO # 122420

Dated:        April 26, 2006