UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA**        ) | |
| ) | **Criminal No. 04-10237-NG** |
| **v.**        ) | |
| ) | |
| **JONATHAN MATOS and**        ) | |
| **RAMON DIAZ**        ) | |
| ) | |
| ) | |

## NOTICE OF APPEARANCE

Please enter my appearance for the United States in the above captioned matter.

                          Respectfully submitted,
                          MICHAEL J. SULLIVAN
                          United States Attorney

BY:   /s/Donald L. Cabell
         Donald L. Cabell
         Assistant U.S. Attorney
         One Courthouse Way, Suite 9200
         Boston, MA 02210
         (617) 748-3105