# United States District Court
# District of Massachusetts

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Action |
| | ) | No. 04-10237 |
| v. | ) | |
| | ) | |
| JONATHAN MATOS, | ) | |
| DEFENDANT, | ) | |

## Motion for Court Activity Record Information

    Now comes the Defendant, Jonathan Matos in the above-entitled matter and respectfully moves that this Honorable Court direct pretrial services or the probation department to furnish counsel for the Defendant with the criminal record of all potential Government civilian witnesses, including but not limited to, Elliot Cordero and Angel Quinones.

    The defendant further requests that this court order the U.S. Attorney to provide the full name, date of birth and address of said witnesses.

Respectfully submitted,
Jonathan Matos
By his Attorney,

 /s/ John E. DeVito
John E. DeVito, Esquire
20 Eastbrook Road Suite 304
Dedham, MA   02026
(781) 326-1818
BBO # 122420

Dated:     May 5, 2006