**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **Criminal No. 04-10237-NG** |
| **v.** | ) | |
| | ) | |
| **JONATHAN MATOS and** | ) | |
| **RAMON DIAZ** | ) | |
| | ) | |
| | ) | |

**GOVERNMENT'S REVISED WITNESS LIST**

1. Det. Shain Ramos
   New Bedford Police Department
   New Bedford, MA

2. Captain Joseph Cordeiro
   New Bedford Police Department
   New Bedford, MA

3. Det. Sgt. Victor Mendes
   New Bedford Police Department
   New Bedford, MA

4. Det. John Encarnacao
   New Bedford Police Department
   New Bedford, MA

5. Det. Michael Carrier
   New Bedford Police Department
   New Bedford, MA

6. Det. Andrew Simmons
   New Bedford Police Department
   New Bedford, MA

7. Det. Mark Blouin
   New Bedford Police Department
   New Bedford, MA

8.      Det. John Ribeiro
        New Bedford Police Department
        New Bedford, MA

9.      Det. John Pereira
        New Bedford Police Department
        New Bedford, MA

10.     Trooper Michael Turgeon
        Massachusetts State Police

11.     Sgt. Douglas Weddleton
        Massachusetts State Police

12.     Daniel Frasca
        Executive Office of Health and Human Services
        Department of Public Health
        State Laboratory Institute
        Boston, MA

13.     Stephanie Shafer
        Bureau of Alcohol, Tobacco and Firearms
        Boston, MA

14.     Angel Quinones
        New Bedford, MA

15.     Elliot Cordero
        New Bedford, MA

16.     Marc Lavoie
        Massachusetts State Police

17.     Keeper of the Records
        Massachusetts Registry of Motor Vehicles
        Boston, MA

18.     Keeper of the Records

Enterprise Rental
Providence, RI

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:    /s/ Kimberly P. West
KIMBERLY P. WEST
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Kimberly P. West
Kimberly P. West
Assistant U.S. Attorney

Dated: May 7, 2006