UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **Criminal No. 04-10237-NG** |
| v. ) | |
| ) | |
| **JONATHAN MATOS and** ) | |
| **RAMON DIAZ** ) | |
| ) | |
| ) | |

## GOVERNMENT'S REVISED EXHIBIT LIST

| Exhibit No. | Description |
|---|---|
| 1a. - 1__ | Photographs |
| 2. | Narcotics |
| 3. | Firearm |
| 4. | Videotape of Hide |
| 5. | Narcotics Certification |
| 6. | Firearm Certification |
| 7. | Registry of Motor Vehicle Documents |
| 8. | Enterprise Rental Documents |

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By:   /s/ Kimberly P. West
      KIMBERLY P. WEST
      Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Kimberly P. West
Kimberly P. West
Assistant U.S. Attorney

Dated: May 7, 2006