# United States District Court
# District of Massachusetts

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Action |
| | ) | No. 04-10237-NG |
| v. | ) | |
| | ) | |
| JONATHAN MATOS, | ) | |
| DEFENDANT, | ) | |

# Witness List - Jonathan Matos

    The Defendant, Jonathan Matos reserves the right to call the following witnesses trial currently scheduled for May 23, 2006.

1.     Jesus Mendoza
       New Bedford, MA

2.     Israel Ruiz
       New Bedford, MA

3.     Madeline Garcia
       New Bedford, MA

    Respectfully submitted,
Jonathan Matos
By his Attorney,

/s/ John E. DeVito
John E. DeVito, Esquire
20 Eastbrook Road Suite 304
Dedham, MA  02026
(781) 326-1818
BBO # 122420

Dated:    May 18, 2006