# United States District Court
# District of Massachusetts

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Action |
| | ) | No. 04-10237-NG |
| v. | ) | |
| | ) | |
| JONATHAN MATOS, | ) | |
| DEFENDANT, | ) | |

## Exhibit List - Jonathan Matos

The Defendant, Jonathan Matos, shall introduce the following exhibits at the trial:

| Exhibit No. | Description |
|---|---|
| 1. | Photographs |
| 2. | Building Certificate |
| 3. | Building Certificate |
| 4. | Receipt - Home Depot |
| 5. | Registry of Motor Vehicle documents |
| 6. | Driver's License - Madeline Garcia |

    Respectfully submitted,
    Jonathan Matos
    By his Attorney,

    /s/ John E. DeVito
    John E. DeVito, Esquire
    20 Eastbrook Road Suite 304
    Dedham, MA 02026
    (781) 326-1818

Dated:    May 18, 2006    BBO # 122420