# Certificate of Service

      I, John E. DeVito hereby certify that electronically filed a copy of the enclosed Exhibit and Witness List to: U.S. District Court.

Dated:    May 18, 2006                    /s/ John E. DeVito
                                          John E. DeVito, Esquire