**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **Criminal No. 04-10237-NG** |
| **v.** | ) | |
| | ) | |
| **JONATHAN MATOS and** | ) | |
| **RAMON DIAZ** | ) | |
| | ) | |
| | ) | |

**GOVERNMENT'S SECOND REVISED EXHIBIT LIST**

| Exhibit No. | Description | Date Admitted |
|---|---|---|
| 1 | RMV Document, 34MF05 | |
| 2 | RMV Document, Registration History, Angel Quinones | |
| 3 | RMV Document, Vehicle Title History | |
| 4 | RMV Document, 24ZX20 | |
| 5 | RMV Document, Vehicle Title History | |
| 6 | Enterprise Rental Agreement | |
| 7 | RMV Document, 89JS40 | |
| 8 | RMV Document, 2033WP | |
| 9 | RMV Document, 72MF04 | |
| 10 | RMV Document, Vehicle Title History | |
| 11 | Photo, 342 Hathaway | |
| 12 | Photo, 342 Hathaway, Apt. 35 | |
| 13 | Photo, surveillance camera in door | |
| 14 | Photo, surveillance camera in door close-up | |
| 15 | Photo, 38 Ashley | |
| 16 | Photo, 38 Ashley, backside of house | |
| 17 | Photo, 111 Park Street | |
| 18 | Photo, 11 Spruce Street | |

| 19 | County Street Garages | |
|----|------------------------|---|
| 20 | Photo, Rhode Island house | |
| 21 | Photo, Rhode Island house from side angle | |
| 22 | United States currency | |
| 23 | Firearm | |
| 24 | holster | |
| 25 | ammunition | |
| 26 | cocaine powder | |
| 27 | paper towel | |
| 28 | miscellaneous documents found in car | |
| 29 | roll of paper towels | |
| 30 | CD of hidden compartment | |

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:    /s/ Kimberly P. West
       KIMBERLY P. WEST
       DONALD CABELL
       Assistant U.S. Attorneys

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Kimberly P. West
Kimberly P. West
Assistant U.S. Attorney

Dated: May 23, 2006