**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

_____
**UNITED STATES OF AMERICA**        )
                                    )
       **v.**                         )           **CR 04-10237-NG**
                                    )
**JONATHAN MATOS and RAMON DIAZ**    )
_____  )

**ORDER**

The United States is hereby ordered to produce Elliot Cordero, currently held in custody in Puerto Rico pursuant to a material witness warrant, to give testimony in the United States District Court for the District of Massachusetts on Friday, May 26, 2006 at 9:00 a.m. in <u>United States v. Jonathan Matos and Ramon Diaz</u>, CR 04-10237-NG.  Mr. Cordero is to be produced to Courtroom 2, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, MA.


**SO ORDERED.**

**Dated: May 24, 2006**                  <u>**s/ NANCY GERTNER U.S.D.J.**</u>