# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
|     v. | )     Criminal No. 04-10237-NG |
| | ) |
| JONATHAN MATOS and RAMON DIAZ, | ) |
|    Defendants. | ) |

GERTNER, D.J.:

### ORDER RE: APPOINTMENT OF COUNSEL

Pursuant to 18 U.S.C. § 3006A(a)(1)(G), Attorney Oscar Cruz of the United States Federal Public Defender Office for the District of Massachusetts, 408 Atlantic Avenue, Boston, MA 02110 is hereby appointed to represent Elliot Cordero, a material witness held in custody in this case.

Accordingly, I **ORDER** that counsel be appointed.

SO ORDERED.

Dated: May 30, 2006        s/ NANCY GERTNER, U.S.D.J.