UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Criminal No. 04-10237-NG |
| v. | ) |
| JONATHAN MATOS and | ) |
| RAMON DIAZ | |

**GOVERNMENT'S MOTION TO WITHDRAW MATERIAL WITNESS WARRANT FOR ANGEL QUINONES**

Given that the trial in this matter concluded on June 2, 2006, the United States of America, by and through its attorneys United States Attorney Michael J. Sullivan and Assistant United States Attorneys Donald L. Cabell and Kimberly P. West, hereby moves that the Court withdraw and dismiss the material witness arrest warrant it had issued for Angel Quinones on or about May 18, 2006.

Respectfully submitted,
MICHAEL J. SULLIVAN
United States Attorney

BY: /s/Donald L. Cabell
Donald L. Cabell
Kimberly P. West
Assistant U.S. Attorneys
One Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100