**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | )    Criminal No. 04-10237-NG |
| JONATHAN MATOS and | ) |
| RAMON DIAZ | ) |
| | ) |
| | ) |

## GOVERNMENT'S EX PARTE MOTION FOR A MATERIAL WITNESS WARRANT AND MOTION TO SEAL

The United States of America, by and through undersigned

counsel, hereby requests that the Court issue a warrant of arrest

for Elliot Cordero, a material witness in the upcoming trial of

United States v. Jonathon Matos and Ramon Diaz, Criminal Number

04-10237-NG.

This motion is filed pursuant to the provisions of Title 18,

United States Code, Section 3144, on grounds (more fully set out

in the Affidavit attached hereto) that the said Elliot Cordero is

a material witness in a criminal proceeding and it is

impracticable to secure his attendance by subpoena.

Because the matters set forth in the accompanying affidavit

address the status of the witness and his location, the public

disclosure of the contents of this affidavit and this motion at

this time may jeopardize the safety of the witness.   Furthermore,

the government does not want the witness to know of the existence

of the warrant as it may make locating him more difficult.

May 17, 2006. Allowed

Marianne B. Bowler, USMJ

Accordingly, the government requests that the Court permit that this motion and affidavit and all related materials be filed under seal and impounded until further Order of the Court.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:

KIMBERLY P. WEST
Assistant U.S. Attorney
(617) 748-3176

Dated: May 18, 2006