UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal No. 04-CR-10237-NG |
| | ) | |
| JONATHAN MATOS and RAMON DIAZ, | ) | |
| Defendants. | ) | |

### AMENDED VERDICT FORM

**For Defendant JONATHAN MATOS:**

Count One -    Jonathan Matos,
    As to the charge, Conspiracy to Possess Cocaine with Intent
to Distribute, we find the defendant:

                                Not
                    Guilty    Guilty
                     ☐         ☐

    *If you find the defendant "Not Guilty" of Conspiracy to
Possess Cocaine with Intent to Distribute, answer the following
question:*

    As to the charge, Conspiracy to Possess Cocaine, we find the
defendant:

                                Not
                    Guilty    Guilty
                     ☑         ☐

Count Two -    Jonathan Matos,
    As to the charge, Possession of Cocaine with Intent to
Distribute, we find the defendant:

                                Not
                    Guilty    Guilty
                     ☐         ☐

    *If you find the defendant "Not Guilty" of Possession of
Cocaine with Intent to Distribute, answer the following question:*

    As to the charge, Possession of Cocaine, we find the
defendant:

                                Not
                    Guilty    Guilty
                     ☑         ☐

*If you find the defendant Not Guilty of Counts One and Two, or Guilty of Possession of Cocaine and/or Conspiracy to Possess Cocaine, stop here.*

Count Three - Jonathan Matos,
    As to the charge, Possession of a Firearm in Furtherance of a Drug Trafficking Crime, we find the defendant :

                                      Not
                            Guilty    Guilty
                              ☐         ☐


I hereby certify that this is the verdict of the unanimous jury.


Dated: June 1, 2006              _____

                        **JURY FOREPERSON**