UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>JONATHAN MATOS and )<br>RAMON DIAZ  )<br>)<br>) | Criminal No. 04-10237-NG |

## STIPULATIONS

The parties agree to the following stipulations:

1. Defendant Ramon Diaz had previously been convicted of a crime punishable by a term of imprisonment exceeding one year.

2. The item marked as Government's Exhibit 26 is cocaine powder and weighed 17.4 grams when seized on February 26, 2004. Furthermore, the cocaine powder was 61% pure.

3. The item marked as Government's Exhibit 23 is a firearm, that is a weapon which will or is designed to expel a projectile by the action of any explosive. The firearm is a Rossi .357 caliber revolver, Model M971 and was operable on February 26, 2004. Further, the firearm was manufactured in Brazil and was imported in the United States through Alexandria, Virginia and therefore crossed an international boundary or state line prior to February 26, 2004.

4.  The items marked as Government's Exhibit 25 are ammunition, that is cartridge cases, primers, bullets or propellant powder designed for use in any firearm.

> Respectfully submitted,
>
> MICHAEL J. SULLIVAN
> United States Attorney
>
> By: *(signature)*
> KIMBERLY P. WEST
> DONALD CABELL
> Assistant U.S. Attorneys

For the Defendant
RAMON DIAZ

*(signature)*
Raymond O'Hara
Counsel for Defendant Ramon Diaz

For the Defendant
JONATHAN MATOS

*(signature)*
John DeVito
Counsel for Defendant Jonathan Matos

Dated: May 23, 2006