SUSVSJ~3.txt

1

```
 1                UNITED STATES DISTRICT COURT
 2               FOR THE DISTRICT OF MASSACHUSETTS
 3
 4
 5    UNITED STATES OF AMERICA  )   CR. NO. 04-10237-NG
 6    VS.                       )   COURTROOM NO. 2
 7    JONATHAN MATOS,           )   1 COURTHOUSE WAY
 8    AND RAMON DIAZ,           )   BOSTON, MA  02210
 9              DEFENDANTS
10
11                    FINDINGS OF FACT
12
13                   DECEMBER 27, 2006
14                       9:10 a.m.
15
16
17
18         BEFORE THE HONORABLE NANCY GERTNER
19         UNITED STATES DISTRICT COURT JUDGE
20
21
22
23
24               VALERIE A. O'HARA
25             OFFICIAL COURT REPORTER
```

SUSVSJ~3.txt

0

2

1  A P P E A R A N C E S:

2      United States Attorney's Office, by KIMBERLY P. WEST,
   ASSISTANT UNITED STATES ATTORNEY, One Courthouse Way,
3  Suite 9200, Boston, Massachusetts  02210, for the United
   States;
4
       DeVito & Stavros, by JOHN E. DeVITO, ESQ., 20 Eastbrook
5  Road, Suite 304, Dedham, Massachusetts  02026, for the
   Defendant Jonathan Matos;
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SUSVSJ~3.txt

3

```
 1                        FINDINGS OF FACT
 2          THE COURT:   You know, I hear defendants all the
 3   time, and I don't stop listening even though I hear them all
 4   the time.  You make distinctions between people who seem to
 5   be honest, we can never be sure, and families that seem to
 6   be in pain, but I can't be sure of that either.  I believe
 7   you, and I see the expression on your parents' face.
 8          I will sentence you to time served because I think
 9   that the resources of the Federal Government are very
10   substantial, and we use them for people who don't know where
11   to begin, who have no families and who have drug addictions
12   and mental health problems, and I feel reasonably confident
13   that the support structure that you have that I saw during
14   the trial will serve you well here.
15          It's a symbolic issue, too.  I want to give you a
16   break.  I want to recognize the punishment that you've been
17   through and give you a break.  You do understand that I
18   can't take away the fact that you were convicted of a
19   federal drug crime, that that will be on your record for the
20   rest of your life, and if you get in trouble again,
21   particularly another drug crime, you come into federal court
22   looking at substantial imprisonment, and you would even come
23   into state court looking at substantial imprisonment, so you
24   are already branded by that, and that's already a problem.
25          I don't think I need to punish you anything more
```

SUSVSJ~3.txt

4

```
1    than that plus the four months, whatever the time served
2    was, so I will sentence you to time served.  The fine is
3    mandatory, which is $2,000, and the special assessment is
4    $50, which is due immediately.
5             Again, I'm doing this in reliance on the support
6    family that's in this courtroom which I think will be better
7    and easier for you than our probation officers, but you do
8    understand that you get in trouble again, this will count
9    against you very dramatically; do you understand that?
10            THE DEFENDANT:  Yes.
11            THE COURT:  You're already going to have
12   difficulties getting jobs and applying for benefits and all
13   of that because you have a federal felony conviction on your
14   record, and I will rely on your family and your friends and
15   the community to see to it that this doesn't happen again
16   and that you get the resources from them if you need help.
17   Okay.  You have a right to appeal.  Your lawyer will tell
18   you what that consists of.  Thank you.
19                            - - - -
20
21
22
23
24
25
```