# United States District Court
# District of Massachusetts

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Action |
| | ) | No. 04-10237-NG |
| v. | ) | |
| | ) | |
| JONATHAN MATOS, | ) | |
| DEFENDANT, | ) | |

# Motion To Return Property

1.      The Defendant, Jonathan Matos, requests that this Court direct the Government to return personal property seized from the Defendant by the New Bedford Police on February 26, 2004. Specifically, the Defendant seeks the return of $ 4070.00.(See New Bedford Police Report/Jonathan Matos)

2.      The Defendant makes this request for the following reasons:

     i.      The New Bedford police arrested the Defendant  for Possession with the Intent to Distribute Cocaine.

     ii.      The Jury found the Defendant guilty of simple possession.

     iii.      The money seized from the motor vehicle was found on the dash board of the vehicle, not in the secret compartment where the drugs where found.

     iv.      Witness testimony confirmed that Jonathan Matos was operating a car detailing business and sold used cars at the time of this event. Information provided to Probation indicated that the defendant's business generated as much as $500.00 to $1600.00 weekly. (See: Presentence Report pg. 11 ).

     v.      Witness, Madeline Garcia, who was then living in Cranston R.I., stated that within an hour prior to the arrest of the Defendant by the New Bedford police, she had given Jonathan Matos $2800.00 in cash for a used automobile.  The New Bedford Police had followed the Defendant to Ms. Garcia's home in Cranston and thinking that a drug exchange took place,

stopped the vehicle upon its return to New Bedford. That is where the $4070.00 was seized.

vi.     The government provided no other evidence at trial that any of the $4070.00 was from illegal drug sales.

3.      If the Court allows this motion the Defendant further requests that the funds be returned directly to his attorney as the Defendant still owes attorney fees in excess of $4070.00.

Wherefore, the defendant requests the return of the $4070.00.

Jonathan Matos
By his Attorney,

/s/ John E. DeVito
John E. DeVito
20 Eastbrook Road
Suite 304
Dedham, MA 02026
(781) 326-1818
BBO# 122420