# United States District Court
# District of Massachusetts

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Action |
| | ) | No. 04-10237 |
| v. | ) | |
| | ) | |
| JONATHAN MATOS, | ) | |
| Defendant, | ) | |

# Affidavit of John E. DeVito

I John E. DeVito on oath depose and say:

1. I am the attorney of record for Jonathan Matos.

2. The factual information contained in the attached Motion to Return Property is true and correct as to my memory of the events at trial and as to what was provided in the Pre-sentence Report.

3. The Defendant has assented to my receipt of the funds; which funds shall be applied to attorney fees owed.

Signed under the penalties of perjury this 8th day of January, 2007.

                                                /s/ John E. DeVito
                                                John E. DeVito, Esquire