**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**


| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **Criminal No. 04-10237-NG** |
| **v.** | ) | |
| | ) | |
| **JONATHAN MATOS** | ) | |
| | ) | |


**GOVERNMENT'S ASSENT TO DEFENDANT'S**
**MOTION TO RETURN PROPERTY**

The government assents to return the property of the defendant as requested in

Defendant's Motion to Return Property.



        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By:    /s/ Kimberly P. West
        KIMBERLY P. WEST
        Assistant U.S. Attorney

DATED: January 22, 2007

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.


/s/ Kimberly P. West
Kimberly P. West
Assistant U.S. Attorney